IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CV-65-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DURAN-ROMERO'S PERSONAL PROPERTY, SPECIFICALLY DESCRIBED AS: A HI POINT, MODEL CF380 CALIBER, SERIAL NUMBER P845628; A HI POINT PISTOL MAGAZINE; FORTY (40) ROUNDS OF .380 AMMUNITION; A REMINGTON RIFLE, MODEL 7400, .30-06 CALIBER, SERIAL NUMBER 8034851; A RIFLE .30-06 MAGAZINE; EIGHTEEN (18) ROUNDS .30-06 AMMUNITION; AND A BUSHNELL SPORTS VIEW SCOPE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFAULT**

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear,

1

plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 16th day of September, 2014.

_____
JULIE A. RICHARDS, Clerk
U. S. District Court
Eastern District of North Carolina

2